UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Charles Blackwell                                    Case No: **22-cv-11662**

       Plaintiff,                                Hon Judge: Bernard Friedman

-vs-

CITY OF INKSTER, a Michigan
Municipality, TAVAN HALL
in his individual capacity, CHIEF OF POLICE
WILLIAM RATLIFF, In his individual capacity.

       Defendants

---

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P 41(1)(A)(i), Plaintiff hereby dismisses this action against all Defendants without prejudice.

## CERTIFICATE OF SERVICE

I certify that I filed a true and correct copy of this dismissal with the Court through the pro se portal on July 20th, 2022.

/s/CharlesBlackwell